**Robert W. LUCAS, Plaintiff-Appellant,**

v.

**Elliot L. RICHARDSON, Secretary of Health, Education, and Welfare, Defendant-Appellee.**

**No. 30461**

**Summary Calendar.**[*]

United States Court of Appeals, Fifth Circuit.

Feb. 1, 1971.

Appeal from the United States District Court for the Northern District of Texas; Halbert O. Woodward, District Judge.

* Rule 18, 5th Cir.; *See* Isbell Enterprises, Inc. v. Citizens Casualty Co. of New York et al., 5th Cir. 1970, 431 F.2d 409.

1. *See* NLRB v. Amalgamated Clothing Workers of America, 5th Cir., 1970, 430 F.2d 966.

* Rule 18, 5th Cir.; See Isbell Enterprises, Inc. v. Citizens Casualty Co. of New York et al., 5th Cir., 1970, 431 F.2d 409, Part I.

Arthur Carson Smith, Amarillo, Tex., for plaintiff-appellant.

Eldon B. Mahon, U. S. Atty., Fort Worth, Tex., W. E. Smith, Asst. U. S. Atty., Fort Worth, Tex., for defendant-appellee; Edward D. Sykes, Asst. Regional Atty., Dept. of Health, Education, and Welfare, Dallas, Tex., of counsel.

Before WISDOM, COLEMAN, and SIMPSON, Circuit Judges.

PER CURIAM:

The Secretary of Health, Education, and Welfare denied disability insurance benefits under the Social Security Act to the plaintiff-appellant, Robert W. Lucas. The District Court, after a hearing in open court which included the arguments of counsel, held that there is substantial evidence in the record to support the action of the Secretary. Upon review here, we affirm. See Local Rule 21.[1]

Affirmed.

Nathan Bean, pro se.

Earl Faircloth, Atty. Gen., Tallahassee, Fla., Charles Musgrove, Asst. Atty. Gen., West Palm Beach, Fla., for respondent-appellee.

Before BELL, AINSWORTH and GODBOLD, Circuit Judges.

---

1. See N.L.R.B. v. Amalgamated Clothing Workers of America, 5 Cir., 1970, 430 F.2d 966.